NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIGHT RESPONSE, LLC (FORMERLY KNOWN AS POLARIS IP, LLC)**
*Plaintiff-Appellee,*

**v.**

**YAHOO! INC.,**
*Defendant-Appellant.*

---

2012-1045, 2013-1124

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0371, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to withdraw the above captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

BRIGHT RESPONSE, LLC V. YAHOO! INC.                                    2

      (2) Each side shall bear its own costs.

                                    FOR THE COURT


                                    /s/ Jan Horbaly
                                    Jan Horbaly
                                    Clerk

s21

Issued As A Mandate: March 26, 2013